In the Matter of the Accounting of WILLIAM W. CARMAN et al., as Executors of ARTHUR C. JAMES, Deceased, Respondents. JAMES FOUNDATION OF NEW YORK, INC., Appellant; ALEXANDRA J. FAWCUS et al., Respondents.— Orders unanimously affirmed, with costs payable out of the estate. In affirming these orders we do not pass upon the merits of the petitioners-respondents' claims or upon their legal sufficiency. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 927.]

### (November 4, 1948.)

In the Matter of the Arbitration between INTERNATIONAL RETAIL, WHOLESALE AND DEPARTMENT STORE UNION, C.I.O., Respondent, and PROGRESSIVE DRUG COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 873.]

### (November 8, 1948.)

ERIC LIER, an Infant, by ELEANOR NORBERG, His Guardian ad Litem, Respondent, *v.* BLOOMINGDALE BROS., INC., Appellant.

*Per Curiam.* Plaintiff failed to adduce any evidence whatever showing that the dog in question had previously manifested vicious propensities or that defendant had any actual or constructive notice thereof.

Accordingly, the judgment appealed from should be reversed and the complaint dismissed, with costs and disbursements to appellant.

Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ., concur.

Judgment unanimously reversed, with costs to the appellant, and the complaint dismissed. [See *post*, p. 1032.]

In the Matter of the Construction of the Will of JACOB MAYERS, Deceased. MARTHA MAYERS et al., Appellants; EMPIRE TRUST COMPANY et al., as Executors and Trustees under the Will of JACOB MAYERS, Deceased, et al., Respondents.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Peck, P. J., Glennon, Cohn and Van Voorhis, JJ. [189 Misc. 700.] [See *post*, p. 994.]

BETTY LANSKY, as Guardian ad Litem of MILTON LANSKY, an Infant, et al., Appellants, v. ROBERT SEELEY et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *post*, p. 1033.]

NEAL R. ANDREWS, Suing on Behalf of Himself and All Other Stockholders and Holders of Voting Trust Certificates Similarly Situated, Appellant, v. RALPH L. EVANS et al., Individually and as Directors and Officers of Sales Affiliates, Inc., et al., Respondents.— Orders, so far as appealed from, reversed, with $20 costs and disbursements to the appellant, and the motions denied. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.; Dore, J., dissents in part and votes to modify the orders appealed from by denying defendants' motions to strike out paragraph twenty-second (a) of the amended complaint, but in all other respects to affirm. No opinion. Settle order on notice. [See *post*, p. 1034.]